COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Frank, Huff and Senior Judge Haley


AGNES M. PRICE

                                                          MEMORANDUM OPINION*
v.      Record No. 1866-13-4                                    PER CURIAM
                                                             FEBRUARY 4, 2014
PRINCE WILLIAM COUNTY SCHOOLS AND
  VML INSURANCE PROGRAMS


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Richard M. Reed; The Reed Law Firm, P.L.L.C., on brief), for
                appellant.

                (Ralph L Whitt, Jr.; Amber L. Ford; Whitt & Del Bueno, PC, on
                brief), for appellees.


        Agnes M. Price appeals a decision of the Workers' Compensation Commission finding

she is not entitled to medical and indemnity benefits after March 12, 2012.  Appellant contends

the commission erred by not relying on the medical opinion of her treating physician and finding

her injury was an aggravation of a pre-existing condition which was resolved as of March 12,

2012.  We have reviewed the record and the commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reasons stated by the commission in its final

opinion.  See Price v. Prince William Cnty. Schs., VWC File No. JCN VA00000561092 (Aug.

30, 2013).  We dispense with oral argument and summarily affirm because the facts and legal

contentions are adequately presented in the materials before the Court and argument would not

aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                              Affirmed.

_____
        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.